UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL AVILA, et al.,

                    Defendants.

No. 25-CR-671 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for Defendants' arraignments and an initial conference on December 18, 2025, at 12:00 PM in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    December 12, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1