UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL AVILA,

                    Defendant.

No. 25-CR-671-1 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a conference on March 10, 2026,

at 2:30 PM in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    March 4, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge